UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| CHRISTOPHER WOLFE, | : | CIVIL NO: 3:21-CV-01473-AVC |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| OVERHEAD DOOR CORPORATION, | : | |
|     Defendant | : | MARCH 31, 2022 |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff and Defendant, by and through the undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party.

Respectfully submitted,

| **PLAINTIFF,** | **DEFENDANT,** |
|---|---|
| **CHRISTOPHER WOLFE** | **OVERHEAD DOOR CORPORATION** |
| | |
| By: */s/ Todd Steigman* | By: */s/ Justin E. Theriault* |
| Todd Steigman (ct 26875) | Holly L. Cini (ct 16388) |
| tsteigman@mppjustice.com | holly.cini@jacksonlewis.com |
| Madsen, Prestley & Parenteau, LLC | Justin E. Theriault (ct 28568) |
| 402 Asylum Street | justin.theriault@jacksonlewis.com |
| Hartford, CT 06103 | Jackson Lewis P.C. |
| P: (860) 246-2466 | 90 State House Square, 8th Floor |
| F: (860) 246-1794 | Hartford, CT 06103 |
| | P: (860) 522-0404 |
| | F: (860) 247-1330 |

**CERTIFICATION OF SERVICE**

I hereby certify that on March 31, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Justin E. Theriault*